

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00114-CV

James **MCKINNON**,
Appellant

v.

**BANK OF AMERICA, N.A.**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 1638
Honorable Mark Stroeher, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Bank of America, N.A. recover its costs in this appeal from appellant James McKinnon.

SIGNED August 14, 2019.

_____
Beth Watkins, Justice